UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2020

-----------------------------------------------------------X

ZAKEENAH SMITH,

                Plaintiff,

-against-

THE NEW YORK AND PRESBYTERIAN
HOSPITAL; COLUNBIA UNIVERSITY
MEDICAL CENTER; NEW YORK
PRESBYTERIAN FOUNDATION, INC.; NEW
YORK PRESBYTERIAN GLOBAL, INC., NEW
YORK PRESBYTERIAN HEALTHCARE
SYSTEM, INC.; GREGORY SICA, individually;
and SAMANTHA SHANKAR, individually,
                              Defendants.

18 **CIVIL** 776 (PAE)

**JUDGMENT**

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 18, 2020, Defendants' motion for summary judgment is granted as to Smith's Title VII and NYSHRL discrimination, retaliation, and hostile work environment claims, in addition to her NYSHRL aiding and abetting claim. Smith's breach of contract claim is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          February 19, 2020

                                              RUBY J. KRAJICK

                                              **Clerk of Court**

                **BY:**

                                              **Deputy Clerk**